JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT
JUN 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___DV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ARIZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RALPH DIAS, *et al.*,<br><br>　　　　Respondents. | Case No. CV 12-3584 SJO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: June 11, 2014.

*S. James Otero*

————————————————
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___DV___ DEPUTY